**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SANTOS, | ) NO. CV 15-7643-CAS(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| W.L. MONTGOMERY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 5, 2016.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE